**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6117**

PATRICK L. BOOKER; JENNIFER L. BOOKER,

  Plaintiffs - Appellants,

  v.

NANCY MERCHANT, Mailroom Director of Perry Correctional Institution,

  Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Jacquelyn Denise Austin, District Judge.  (2:22-cv-02179-JDA)

Submitted:  September 18, 2025                    Decided:  September 23, 2025

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick L. Booker; Jennifer L. Booker, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick L. Booker and Jennifer L. Booker appeal the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to Nancy Merchant in their 42 U.S.C. § 1983 civil action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Booker v. Merchant*, No. 2:22-cv-02179-JDA (D.S.C. Jan. 15, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*